UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
CENTRAL DIVISION

TEYLER L. BATTLES                                                                PLAINTIFF

vs.                                    CASE NO.4:23-CV-593-BRW

SHELTER MUTUAL INSURANCE COMPANY                            DEFENDANT

RESPONSE TO REQUEST FOR ADMISSION

COMES NOW Plaintiff Teyler L. Battles, and for her response to request for admission,

states:

REQUEST FOR ADMISSION NO. 1: Please admit that Plaintiff's Responses to

Interrogatories and Request for Production of Documents, attached hereto as Exhibit A, are

genuine, authentic, and correct.

RESPONSE:  Plaintiff admits that everything is correct but the contact information for the

witnesses may have changed since she provided her answers.

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com