UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
CENTRAL DIVISION

TEYLER L. BATTLES                                                                           PLAINTIFF

vs.                                            CASE NO.4:23-CV-593-BRW

SHELTER MUTUAL INSURANCE COMPANY                                        DEFENDANT

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Shelter Mutual Insurance Company ("Shelter"), by and through its attorneys, Matthews, Sanders & Sayes, P.A., and for its Motion for Summary Judgment, states:

1.      Shelter moves for summary judgment on Plaintiff's Complaint for underinsured motorist ("UIM") coverage, breach of contract, and damages.

2.      There is no coverage under the Policy for UIM benefits because the Plaintiff does not meet the Policy's definition of an "insured" and, therefore, Shelter is entitled to summary judgment as a matter of law with respect to Plaintiff's claims for entitlement to UIM benefits, and damages for breach of contract, statutory penalties and attorney's fees.

3.      The following Exhibits in support of Shelter's Motion are attached hereto and incorporated by reference:

    a.  Exhibit A – Automobile Declarations and Policy;

    b.  Exhibit B – Correspondence from Shelter dated January 4, 2021;

    c.  Exhibit C – Certified Title, Registration, and Lien Information; and

    d.  Exhibit D – CarFax Report.

Respectfully submitted,

Matthews, Sanders & Sayes, P.A.
825 West Third Street
Little Rock, AR 72201
PH 501-378-0717 | FX 501-375-2924
msayes@msslawfirm.com
jsayes@msslawfirm.com

By:  *Mel Sayes*_____
MEL SAYES ABN 77120
JAMES T. SAYES ABN 2011191

## CERTIFICATE OF SERVICE

I, MEL SAYES, hereby certify that on this **18th** day of **MARCH, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys for the parties as follows:

Mr. John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
jogles@aol.com

Mr. Gene D. Adams, Jr.
Rice, Adams & Woodruff
501 W. Main Street
Jacksonville, AR 72076
gadams@rice-adams.com

*Mel Sayes*_____
MEL SAYES