UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
CENTRAL DIVISION

TYLER L. BATTLES                                                            PLAINTIFF

vs.                          CASE NO.4:23-CV-593-BRW

SHELTER MUTUAL INSURANCE COMPANY                      DEFENDANT

**EXHIBIT B TO SHELTER'S MOTION FOR SUMMARY JUDGMENT**



**SHELTER INSURANCE COMPANIES**

Jason Duarte
Casualty Adjuster
Phone: 501-954-3008
Fax: 888-742-5671
Email: JDuarte@ShelterInsurance.com

January 04, 2021

CHERIE BATTLES
310 E 13TH ST
NORTH LITTLE ROCK, AR 72114-4243

RE:  Claim Number:       AT0000002756959
     Date of Loss:       February 05, 2020
     Insured:            Cherie Battles
     Claimant:           Teyler Battles

Dear Ms. Battles,

You have made an Underinsured Motorist claim, which is included by endorsement on our A-19.4-A automobile policy. This endorsement does not cover you for Underinsured Motorist coverage.

Under the Underinsured Motorist endorsement, "Insured" is defined as:

> **Insured** means:
> (a) **You**;
> (b) **Relatives;** and
> (c) **Individuals occupying** the **described auto** who are listed in the **Declarations** as an "additional listed insured"; if neither they, nor their **spouse, owns** a **motor vehicle.**

Also, the underlying policy defines "You" and "Relative" as:

> **You** means any **person** listed as a **named insured** in the **Declarations** and, if that **person** is an **individual,** his or her **spouse.**
>
> **Relative** means an **individual** related to **you** by blood, marriage, or adoption, who is **resident** of **your** household. It includes **your** child who is away at school, if that child is both unmarried and unemancipated. **Relative** also includes any foster child in **your** legal custody for more than 90 consecutive days immediately before the **accident.** An **individual** who **owns** a **motor vehicle**, or whose

RE:AT0000002756959                                         2 of 2

       husband or wife **owns** a **motor vehicle** is excluded from the definition of **relative.**

Based on our investigation and this policy language, you are not an insured. Therefore, Shelter Insurance Companies deny Underinsured Motorist coverage for this claim.

By quoting these policy provisions, Shelter is not waiving any other provision and specifically reserves the right to decline coverage for any other reason that may come to its attention in the future.

If you have any other information that you believe suggests this policy or any other Shelter policy provides this coverage, please send it to me immediately so that we may review it for coverage.

If you have any questions, please contact me. Thank you.


Jason Duarte
Claims Department