UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
CENTRAL DIVISION

TYLER L. BATTLES                                                                PLAINTIFF

vs.                              CASE NO.4:23-CV-593-BRW

SHELTER MUTUAL INSURANCE COMPANY                                  DEFENDANT

**EXHIBIT C TO SHELTER'S MOTION FOR SUMMARY JUDGMENT**

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | | BODY TYPE |
|---|---|---|---|---|---|
| 1FAHP25115G127386 | 2005 | FORD | FIVE HUNDRED | | SD |
| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
| 761010051130 | 222W019102020 | AZ | 06/28/2019 | 0 | 3643 |

MAILING ADDRESS

REMARKS

OD EXEMPT

TEYLER BATTLES
310 E 13TH ST
NORTH LITTLE ROCK AR  72114-4243

OWNER

BATTLES, TEYLER
310 E 13TH ST
NORTH LITTLE ROCK AR  72114-4243

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS



SRO6004

I hereby certify that the Photstat on
the reverse side hereof is a true and
exact copy of the original record filed
with this office.
In witness whereof, my hand and the seal
of the                          SEP   8 2023
Department on the ___ day of _____
                    Department of Finance
                    and Administration

 

**Office of Motor Vehicle**
**Records and Information**
1900 West 7th Street, Room 1100
Post Office Box 1272
Little Rock, AR 72203-1272
Phone: (501) 682-4692
Fax: (501) 682-4756
www.dfa.arkansas.gov

# Search TRL

JAMES TUCKER SAYES
825 W 3RD ST
LITTLE ROCK, AR 72201-2103

September 8, 2021
**Letter Id:** L1709403280

## Vehicle Information

| | | | | | |
|---|---|---|---|---|---|
| VIN | 1FAHP25115G127386 | Color | GREEN | | |
| Year | 2005 | Make | FORD | Model | FIVE HUNDRED |
| Body Style | SD | # Cylinders | 6 | Weight | 3643 |

## Registration Information

| | | | | | |
|---|---|---|---|---|---|
| Plate Number | 302YMR | Plate Type | PCLP | Decal Number | |
| Expire Date | 30-Jun-2020 | | | | |

## Owner Information

TEYLER BATTLES
Address   310 E 13TH ST NORTH LITTLE ROCK, AR 72114-4243

## Title Information

| | | | | | |
|---|---|---|---|---|---|
| Title Number | 761010051130 | Issued Date | 28-Jun-2019 | Title Brand | |
| Odom Code | Exempt | Odom Reading | 0 | | |

## Lien Information

I hereby certify that the Photst[at]
the reverse side hereof is a true
exact copy of the original record
with this office.
In witness whereof, my hand and the s[eal]
of the
Department on the ___ day of _____ SEP 8 2021
Department of Finance
and Administration