UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
CENTRAL DIVISION

TYLER L. BATTLES                                                                                    PLAINTIFF

vs.                                      CASE NO.4:23-CV-593-BRW

SHELTER MUTUAL INSURANCE COMPANY                                        DEFENDANT

**EXHIBIT D TO SHELTER'S MOTION FOR SUMMARY JUDGMENT**

[ - ] 2005 FORD FIVE HUNDRED    SEDAN 4 Door 5P - Color: Green    1 Owner: TEYLER BATTLES (Arkansas)

Clipboard   Print or Export  ⓘ

**2005 FORD - Series: LIMITED - Model: FIVE HUNDRED**

VIN: 1FAHP25115G127386 [ Copy ]    Run CARFAX® Report

Body Style: SEDAN 4 Door 5P - Vehicle Type: Passenger Car
Weight: 3643 lbs - Length: 200.7"
Color: **Green**
Most Current Tag #: **AR 302YMR** Valid from: (06/14/2019 to 06/30/2020)




Most Current Owner/Registrant/Lien Information - 06/14/2019 to 06/30/2020

**Title Holders**
TEYLER BATTLES [ View Person Record ]
310 E 13TH ST, NORTH LITTLE ROCK, AR 72114-4243 (PULASKI COUNTY)
Title Number: 761010051130
State Titled In: AR
Original Title Date: 03/06/2019
Title Transfer Date: 06/14/2019

**Lien Holders**
None Found

**Lessors**
None Found